**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2139**

DELICIA ULRICH YANGHAT MBOUMBA,

              Petitioner,

       v.

MICHAEL B. MUKASEY, Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 31, 2008            Decided: August 29, 2008

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Peter Nyoh, LAW OFFICES OF PETER NYOH, Silver Spring, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Kristin K. Edison, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delicia Ulrich Yanghat Mboumba, a native and citizen of the Republic of Congo, seeks review of an order of the Board of Immigration Appeals (Board) denying her untimely motion to reopen removal proceedings. We have reviewed the record and Mboumba's claims and conclude that the Board did not abuse its discretion in denying Mboumba's motion. See 8 C.F.R. § 1003.2(c)(2), (3) (2008).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED